1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, ) | CASE NO. CV 13-2119-MWF (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| JOHN SOTO, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   April 1, 2013   .


_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd